U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 14 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALVIN WILLIAMS, #X20798                     CIVIL ACTION

VERSUS                                      NUMBER: 00-0431

EARLY W. WASHINGTON                         SECTION SECT. L MAG. 1

## PAUPER ORDER

Considering Plaintiff's application to proceed as a pauper, accordingly,

☐ Plaintiff's application is denied since plaintiff has sufficient funds to pay the $_____ filing fee.

☐ **IT IS ORDERED** that plaintiff is allowed to proceed as a pauper in this action. **IT IS FURTHER ORDERED** that the sum of $_____, as an initial partial payment of the filing fee, is to be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.
**IT IS FURTHER ORDERED** that, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official SHALL forward such payments from the inmate's account to the Clerk of Court, 500 Camp Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $150.00 filing fee is paid.
**IT IS FURTHER ORDERED** that, if plaintiff is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

DATE OF ENTRY  FEB 16 2000

[✓] Plaintiff's application is denied because plaintiff has not submitted "a certified copy of the trust fund account (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" as required by 28 U.S.C. § 1915(a)(2).

[✓] The Clerk is directed to withhold issuance of summons until further order of the Court.

New Orleans, Louisiana, this 14 day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
Sally Shushan

**IF GRANTED** Clerk to serve by mail:

Financial

WARDEN
CMCF
PO BOX 88550
PEARL, MS 39288-8550
**ATTN: Inmate Banking**

2