FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 26 PM 2:55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALVIN WILLIAMS (X20798)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0431** |
| **EARLY W. WASHINGTON** | **SEC."L" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24 day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 7 2000