FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 26  PM 2:55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALVIN WILLIAMS (X20798)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0431** |
| **EARLY W. WASHINGTON** | **SEC."L" (1)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant Early Washington dismissing plaintiff's Section 1983 claims with prejudice.

New Orleans, Louisiana, this 24 day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 27 2000